## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Charles Lee Elwell, | Civil No. 11-2595 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Scott P. Fisher, Warden, FCI Sandstone, | |
| Defendant. | |

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: September 12, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge