## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Charles Lee Elwell,  Civil No. 11-2595 (RHK/LIB)

      Petitioner,  **ORDER**

v.

Scott P. Fisher, Warden,
FCI Sandstone,

      Respondent.

---

Pursuant to the Court's Order (Doc. No. 28) dismissing this action with prejudice,

**IT IS ORDERED** that the Clerk of Court shall enter judgment accordingly.

Dated: June 18, 2012

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge